# Order

**Lansing, Michigan**

January 16, 2019

157398

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RENEE B. LAFAVE, SHIRLEY ZIMMER,
RONALD J. PROCTOR, and JOANN M.
PROCTOR,
      Plaintiffs/Counterdefendants-
      Appellees,

v

SC: 157398
COA: 336004
Ionia CC: 2010-027799-CH

IONIA COUNTY ROAD COMMISSION
CHAIRPERSON, LAWRENCE R. McCALEB,
IONIA COUNTY DRAIN COMMISSIONER,
LYONS TOWNSHIP SUPERVISOR, DAWN
KONENSKI, ROGER KONENSKI, ALICIA
BETZ, MEDFORD BAILEY, ROBERT ZIMMER,
TRACY ANTHONY, DANIEL R. ZIMMER, JODIE
L. ZIMMER, DAWN ALDRICH, PATRICIA M.
LIPPINCOTT as Trustee of PATRICIA M.
LIPPINCOTT TRUST, JOHANNA PARSHALL,
MICHELLE DROSTE, EUGENE DROSTE,
DIRECTOR OF DEPARTMENT OF NATURAL
RESOURCES, CONSUMER ENERGY COMPANY,
AT&T, HOMEWORKS TRI-COUNTY ELECTRIC
COOPERATIVE, JANET GAMBLE, LONNIE R.
REYNOLDS, SHELLY R. REYNOLDS, JOHN G.
BAKER, JOHN J. HARRIS, ROSE M. MANNING,
and WILLIAM THOMAS,
      Defendants/Cross-Defendants,

and

STATE TREASURER and LEON A. PLATTE
as Trustee of LEON A. PLATTE TRUST,
      Defendants,

and

SALLY N. COOK,
      Defendant/Counterplaintiff/
      Cross-Defendant,

and

TOWNSHIP OF LYONS and IONIA COUNTY
ROAD COMMISSION,
        Third-Party Defendants,

and

DIRECTOR OF DEPARTMENT OF LICENSING
AND REGULATORY AFFAIRS,
        Defendant/Cross-Defendant/
        Third-Party Defendant,

and

MOLLY E. KANDLE-KOST and JAMES KOST,
        Defendants/Counterplaintiffs/
        Cross-Plaintiffs/Third-Party
        Plaintiffs-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 1, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019

a0109

Clerk